IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DONG HUANG., | ) |
|           *Plaintiff,* | ) |
| v. | ) |
| | ) 1:22-cv-6 (PTG/WEF) |
| JOHN DOE, *et al.*, | ) |
|           *Defendants.* | ) |

## ORDER

This matter comes before the Court on two Reports and Recommendations ("R&Rs") from Magistrate Judge Theresa Carroll Buchanan regarding Plaintiff's Motions for Default Judgment (Dkts. 8, 13). Dkts. 12, 19. On March 10, 2022, Judge Buchanan issued the first Report and Recommendation ("First R&R") regarding Plaintiff's Motion for Default Judgment filed February 1, 2022 (Dkt. 8). Dkt. 12. On May 17, 2022, Judge Buchanan issued a second Report and Recommendation ("Second R&R") regarding Plaintiff's Second Motion for Default Judgment filed March 15, 2022 (Dkt. 13). Dkt. 19. Judge Buchanan advised the parties that, pursuant to 28 U.S.C. § 636 and Rule 72(b) of the Federal Rules of Civil Procedure, objections to the Reports and Recommendations must be filed within fourteen (14) days of service and failure to object waives appellate review. Dkt. 12 at 10; Dkt. 19 at 12. To date, no objections have been filed.

After reviewing the record and Judge Buchanan's Recommendations, and finding good cause, the Court hereby **APPROVES IN PART** and **ADOPTS IN PART** the findings Judge Buchanan set forth in the First R&R (Dkt. 12) and **APPROVES** and **ADOPTS** the findings Judge Buchanan set forth in the Second R&R (Dkt. 19). Accordingly, it is

**ORDERED** that Plaintiff's first Motion for Default Judgment (Dkt. 8) is **DENIED** as to Count I.  It is further

**ORDERED** that Plaintiff's Second Motion for Default Judgment (Dkt. 13) is **GRANTED** as to Count II; it is further

**ORDERED** that default judgment be, and hereby is, **ENTERED** in favor of Plaintiff Dong Huang against Defendant John Doe as to Count II; it is further

**ORDERED** that the Registry of Record of Verisign or another Registry promptly change the registrar for the domain name <330.com> as directed by Plaintiff's counsel; it is further

**ORDERED** that the registrar of <330.com> shall place the referenced domain name in the account as directed by Plaintiff's counsel; it is further

**ORDERED** that Counts I, III, IV, V, VI, and VII are dismissed without prejudice.

The Clerk of Court is directed to enter judgment in favor of the Plaintiff as set forth above, pursuant to Federal Rule of Civil Procedure 55.

It is **SO ORDERED.**

Dated: August 30, 2022

/s/
Patricia Tolliver Giles
United States District Judge